IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LARRY L. BORYCA<br><br>　　　　　　　Defendant. | **8:17CR15**<br><br>**ORDER** |

　　　　This matter is before the court on the Joint Motion to Continue Trial [35]. Government's counsel is scheduled to be in trial in Lincoln before Judge Kopf beginning March 26, 2018. It is unknown if this trial will be concluded by April 3, 2018. Defense counsel has also received additional documentation from his client that needs to be reviewed, analyzed and turned over to the government pursuant to Rule 16 discovery. For good cause shown,

　　　　**IT IS ORDERED** that the unopposed Joint Motion to Continue Trial [35] is granted as follows:

　　　　1. The jury trial, now set for April 3, 2018, is continued to **April 24, 2018.**

　　　　2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and April 24, 2018,** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

　　　　Dated this 9th day of March, 2018.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　s/Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge